1847256

FILED

DEC 2 1 2004

MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-30

December 14, 2004

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Raymond Claude Leatham
v. United States
No. 04-7656
(Your No. 03-2762)

CR 02-84 RHK/AJB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 9, 2004 and placed on the docket December 14, 2004 as No. 04-7656.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
DEC 21 2004
U. S. COURT OF APPEALS
EIGHTH CIRCUIT