# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2762

| | | |
|---|---|---|
| United States of America, | * | CR 02-84-RHK/AJB |
| Appellee, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| Raymond Claude Leatham, | * | |
| Appellant. | * | |

In consideration of the Supreme Court judgment, dated January 24, 2005, the mandate in this matter is hereby recalled and the case is reopened.

(5231-010199)

March 4, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL